

Littler Mendelson, P.C.
290 Broadhollow Road, Suite 305
Melville, NY 11747

Brittany R. Frank
631.247.4745 direct
631.247.4700 main
bfrank@littler.com

August 11, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *C.C. v. Google, LLC*
      Case No. 1:24-cv-07811-PAE

Dear Judge Engelmayer:

This firm represents Defendant Google, LLC in the above-captioned matter. Pursuant to the Court's July 15, 2025 Order, an Initial Conference is scheduled for **August 14, 2025 at 3:00 p.m.** and the parties are directed to submit a proposed Civil Case Management Plan and Scheduling Order as well as a Joint Letter by today, **August 11, 2025**.

Defendant writes, with Plaintiff's consent, to respectfully request an adjournment *sine die* of the Initial Conference and deadline to file the Civil Case Management Plan and Scheduling Order and Joint Letter. The request is made in light of the fact that Defendant's Answer is due August 18, 2025 and the parties will automatically be referred to the Court's Alternative Dispute Resolution program of mediation upon filing the Answer pursuant to the Court's Second Amended Standing Administrative Order.

Alternatively, if the Court is not inclined to adjourn the Initial Conference *sine die*, Defendant respectfully requests, upon consent, that the Initial Conference and deadline to submit the proposed Civil Case Management Plan and Scheduling Order and Joint Letter be adjourned to a date and time to be set by the Court during the week of **September 8, 2025**.

We thank the Court for its consideration of this request.

Respectfully submitted,

LITTLER MENDELSON P.C.

*/s/ Brittany Frank*

Daniel Gomez-Sanchez
Brittany Frank

4901-8193-2125.1 / 048891.1055

littler.com

GRANTED.

      In light of defendant's August 18, 2025 deadline to answer, the Initial Pretrial Conference, as well as the deadline to file the Case Management Plan and Scheduling Order, are adjourned *sine die*. The parties are directed to file a joint status letter by September 8, 2025, and every two months thereafter.

SO ORDERED.

Date: August 11, 2025
      New York, New York

Paul A. Engelmayer
United States District Judge